SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01181-MCE-DAD** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF GARY FONSECA** |
| vs. | ) Case to Remain Open with Remaining Defendants |
| Gary Fonseca, et al | ) |
| Defendants | ) |

IT IS HEREBY ORDERED THAT Defendant Gary Fonseca is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

**Date:  7/19/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE